FILED by MC D.C.

May 5, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

22-20187-CR-SCOLA/GOODMAN

CASE NO._____

18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253(a)

UNITED STATES OF AMERICA

vs.

RENE RABASSA,

      **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about October 17, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant,

**RENE RABASSA,**

did knowingly possess matter, that is, one (1) Samsung Galaxy Note 8 smartphone, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials, which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor.

## FORFEITURE ALLEGATIONS

1. The allegations of this indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **RENE RABASSA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

███████████████████████

FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
LAUREN A. ASTIGARRAGA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RENE RABASSA,

_____/

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☑ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                    Case No.

9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the             District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
LAUREN A. ASTIGARRAGA
Assistant United States Attorney
FLA Bar No.    119473

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RENE RABASSA

**Case No:** _____

Count No: 1

Possession of Child Pornograohy

18 U.S.C. § 2252(a)(4)(B) and (b)(2)

**\* Max. Penalty:**           20 years of imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.